# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

|  |  |
|---|---|
| | OCTOBER 2023 GRAND JURY<br>(Impaneled 10/27/2023) |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| -vs- | |
| **WENDELL K. BUTLER, JR.**<br>**a/k/a "Wink"** | Violations:<br>Title 21, United States Code,<br>Sections 841(a)(1) and 846<br>(2 Counts) |

### COUNT 1
### (Narcotics Conspiracy)

The Grand Jury Charges That:

From in or about October 2020, the exact date being unknown, and continuing to on or about November 17, 2021 in the Western District of New York, and elsewhere, the defendant, **WENDELL K. BUTLER, JR. a/k/a "Wink"**, did knowingly and willfully combine, conspire, and agree with others, known and unknown, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 2
(Distribution of Methamphetamine)

The Grand Jury Further Charges That:

On or about July 10, 2021, in the Western District of New York, the defendant, **WENDELL K. BUTLER, JR. a/k/a "Wink"**, did knowingly and intentionally possess with intent to distribute, and distribute, methamphetamine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

DATED: Buffalo, New York, September 10, 2024.

> TRINI E. ROSS
> United States Attorney
>
> BY: S/LOUIS A. TESTANI
> LOUIS A. TESTANI
> Assistant United States Attorney
> United States Attorney's Office
> Western District of New York
> 138 Delaware Avenue
> Buffalo, New York 14202
> 716/843-5894
> Louis.Testani@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON

2